UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRIKANTH SREEDHAR,

                        Plaintiff,

            -against-                                25-CV-10426 (LTS)

CLERK OF COURT CATHERINE                     ORDER OF DISMISSAL
O'HAGAN WOLFE; CLER OF COURT
TAMMI M. HELLWIG SDNY,

                        Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff, who is appearing *pro se*, brings this action against the Clerk of Court for the United States Court of Appeals for the Second Circuit, Catherine O'Hagan Wolfe, and the United States District Court for the Southern District of New York, Tammi M. Hellwig. The Court dismisses the complaint for the following reasons.

Plaintiff has previously submitted to this court a duplicate complaint against the same two Defendants. That case is presently pending before the Court under docket number 25-CV-5850. *See Sreedhar v. O'Hagan Wolfe*, No. 25-CV-5850 (LTS). As this complaint raises the same claims, no useful purpose would be served by litigating this duplicate lawsuit. Therefore, this complaint is dismissed without prejudice to Plaintiff's pending case under docket number 25-CV-5850.

## CONCLUSION

Plaintiff's complaint is dismissed as duplicative of *Sreedhar v. O'Hagan Wolfe*, No. 25-CV-5850 (LTS). The Court directs the Clerk of Court to terminate the motion filed at ECF 5.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose

of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:   December 22, 2025
         New York, New York

                              /s/ Laura Taylor Swain
                              LAURA TAYLOR SWAIN
                              Chief United States District Judge