UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SRIKANTH SREEDHAR,

                          Plaintiff,

              -against-                              25-cv-10426 (LTS)

CLERK OF COURT CATHERINE                            CIVIL JUDGMENT
O'HAGAN WOLFE; CLER OF COURT
TAMMI M. HELLWIG SDNY,

                          Defendants.

For the reasons stated in the December 22, 2025, order, Plaintiff's complaint is dismissed

as duplicative of Sreedhar v. O'Hagan Wolfe, No. 25-CV-5850 (LTS).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

Dated:    February 17, 2026
          New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                               Chief United States District Judge